Form definm13

**UNITED STATES BANKRUPTCY COURT**
*Northern District of Illinois*
*Western Division*
*327 South Church Street*
*Rockford, IL 61101*

In Re:

Richard Gerard Brandt
1985 Newmark Circle SW
Vero Beach, FL 32968
SSN: xxx–xx–4762 EIN: N.A.

Case No. : 15–82346
Chapter : 13
Judge : Thomas M. Lynch

Kimberly Ann Brandt
1985 Newmark Circle SW
Vero Beach, FL 32968
SSN: xxx–xx–3961 EIN: N.A.

### NOTICE TO INDIVIDUAL DEBTORS IN CHAPTER 13 CASES
### OF REQUIRED DOCUMENTS FOR DISCHARGE

Unless an approved Personal Financial Management Course Provider has notified the Court that you have completed the course, you must file the following documents in order to receive a discharge.

☑ Official Form 423, Certification About a Financial Management Course. In joint cases, the form must be completed and filed by each debtor. Please include the certificate number on Official Form 423 or attach the certificate you received from the approved Personal Financial Management Course Provider.

A list of "Approved Debtor Education Providers" is available at the U.S. Trustee's website at www.justice.gov/ust/eo/bapcpa/ccde/index.htm.

Official Form 423 is available on our website at www.ilnb.uscourts.gov/Forms/

☑ Debtor's Declaration Domestic Support Obligations. In joint cases, the form must be completed and filed by each debtor. The local form, Debtor's Declaration Regarding Domestic Support Obligations, is available on our website at www.ilnb.uscourts.gov/Forms/Form_Orders.cfm

If you do not file the required documents, your case will be closed without a discharge. You will still be liable for the current balance of the debts you owed before filing. If you subsequently file a Motion to Reopen, you must pay the reopening fee.

If you are represented by an attorney, please contact your attorney for guidance.

If you have any questions about submitting the form, please call 312–408–5000.

FOR THE COURT

Dated: June 17, 2019

Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 15-82346-TML
Richard Gerard Brandt                                                   Chapter 13
Kimberly Ann Brandt
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: kkrystave           Page 1 of 1           Date Rcvd: Jun 17, 2019
                              Form ID: definm13         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 19, 2019.
db          #+Richard Gerard Brandt,    1985 Newmark Circle SW,    Vero Beach, FL 32968-6711
jdb         #+Kimberly Ann Brandt,    1985 Newmark Circle SW,    Vero Beach, FL 32968-6711

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2019                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 17, 2019 at the address(es) listed below:
              Charles L. Magerski    on behalf of Debtor 2 Kimberly Ann Brandt Cmagerski@sulaimanlaw.com,
               charles@clmlawgroup.com;magerskicr85454@notify.bestcase.com
              Charles L. Magerski    on behalf of Debtor 1 Richard Gerard Brandt Cmagerski@sulaimanlaw.com,
               charles@clmlawgroup.com;magerskicr85454@notify.bestcase.com
              Jennifer M Rinn    on behalf of Creditor    Capital One Auto Finance Jennifer@rinnrichmanlaw.com
              Joel P Fonferko    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, DBA CHRISTIANA
               TRUST, NOT INDIVIDUALLY, BUT AS TRUSTEE FOR VENTURES TRUST 2013-I-H-R ND-One@il.cslegal.com
              Lydia  Meyer     ecf@lsm13trustee.com
              Lydia  Meyer    on behalf of Trustee Lydia  Meyer ecf@lsm13trustee.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
              Peter C Bastianen    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, DBA CHRISTIANA
               TRUST, NOT INDIVIDUALLY, BUT AS TRUSTEE FOR VENTURES TRUST 2013-I-H-R ND-Four@il.cslegal.com
                                                                                                TOTAL: 8